# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARLENE MARQUEZ,<br><br>                Plaintiff,<br><br>vs.<br><br>UPPER MISSOURI RIVER COMMERCIAL CONTRACTORS, LLC, UPPER MISSOURI RIVER CORP., CHARLES "JACK&QUOT RODGERS, and JUSTIN E. KENNON,<br><br>                Defendants. | 8:17CV183<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the parties' Joint Motion for Entry of an Order of Dismissal with Prejudice, ECF No. 40. The stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed, with prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Joint Motion for Entry of an Order of Dismissal with Prejudice, ECF No. 40, is approved;

2. The above-captioned action is dismissed, with Prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 25th day of January, 2018.

                                            BY THE COURT:

                                            s/Laurie Smith Camp
                                            Chief United States District Judge